**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>STEPHON JONES,<br><br>        Defendant - Appellant. | Nos.   11-10113<br>            11-10114<br><br>D.C. Nos. 3:03-cr-00284-MHP<br>                3:03-cr-00666-MHP<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Marilyn H. Patel, District Judge, Presiding

Submitted December 19, 2011[**]

Before:      GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

In these consolidated appeals, Stephon Jones appeals from the 36-month

sentence imposed following his guilty-plea conviction for being a felon in

possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and from the 18-

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

month consecutive sentence imposed following revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jones contends that his sentence is substantively unreasonable given the nature and circumstances of the offense and his personal history and characteristics. The consecutive sentences below or within the respective Guidelines ranges are substantively reasonable in light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. §§ 3553(a) and 3583(e). *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**